JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILVANA OLSEN,<br><br>        Plaintiff,<br><br>    v.<br><br>AMERICAN INTERNATIONAL GROUP RETIREMENT BOARD, et al.,<br><br>        Defendants. | Case No. SACV 24-467-MWF(DFMx)<br><br>ORDER GRANTING JOINT STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE |

The Court has reviewed the parties' Joint Stipulation of Dismissal of Entire Action with Prejudice (Docket No. 40). For good cause shown, this matter is hereby DISMISSED with prejudice, with each side to bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: November 15, 2024

                                              MICHAEL W. FITZGERALD
                                              United States District Judge